AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
v.
Gregory Thompson

**APPEARANCE**

Case Number: 1:06M102A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gregory Thompson

I certify that I am admitted to practice in this court.

October 4, 2006
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number